FLORENCE S. WELLS, Respondent, v. METROPOLITAN LIFE INSURANCE COMPANY, Appellant.— Motion for reargument denied, with ten dollars costs. Motion for leave to appeal to the Court of Appeals denied. Present — Lazansky, P. J., Hagarty, Adel, Taylor and Close, JJ.

GEORGE F. BECKER, as Administrator, etc., of CHARLOTTE BECKER, Deceased, GEORGE F. BECKER, as Administrator, etc., of FLORENCE BECKER, Deceased, DOLORES SUBER, an Infant, by GLADYS MENDES, Her Guardian ad Litem, and DAVID SUBER, Plaintiffs, v. THE BERRY BROTHERS JAMAICA CORPORATION, CLARENCE CHESTNUT and ORNIE RAY, Defendants. In Re Attorney's Lien, GEORGE F. BECKER, as Administrator, etc., of CHARLOTTE BECKER and FLORENCE BECKER, Deceased, Appellant; GABRIEL RUBINO, Attorney, Respondent.— Order substituting attorney and fixing lien of outgoing attorney for services, modified by striking from the second ordering paragraph the words: " 33 1/3% of any and all sums received or recovered by way of compromise, settlement, judgment or otherwise therein;" and by substituting in lieu thereof the following: " 66 2/3% of the total sum allowed or fixed, pursuant to agreement or otherwise, as attorneys' fees;". As so modified, the order is affirmed, without costs. No opinion. Lazansky, P. J., Hagarty, Adel, Taylor and Close, JJ., concur.

CHARLES W. BERRY, Respondent, v. NEW YORK CENTRAL RAILROAD COMPANY, Appellant.— Action for damages for personal injuries suffered by the plaintiff while alighting from a car of the defendant railroad at the Fleetwood Station, in Westchester county, as a consequence of the premature starting of the train. Judgment of the City Court of Mount Vernon unanimously affirmed, with costs. No opinion. Present — Lazansky, P. J., Hagarty, Carswell, Johnston and Taylor, JJ.